GULF, COLORADO & SANTA FE RAILWAY COMPANY v. J. R. WEATHERLY.

No. 1521.    Decided February 26, 1906.

**Overflow—Case Followed.**

The ruling in Gulf, C. & S. F. Ry. Co. v. Harbison, ante, followed.

Error to the Court of Civil Appeals for the Third District in an appeal from Lamar County.

Weatherly sued the railway company and had judgment. Defendant appealed, and on affirmance obtained writ of error.

*J. W. Terry* and *A. H. Culwell,* for plaintiff in error.

*Hale, Allen & Dohoney,* for defendant in error.

GAINES, CHIEF JUSTICE.—This is a companion case to that of this same plaintiff in error against Harbison, this day decided. They involve substantially the same question. For the reasons given in our opinion in that case, the judgment of the District Court and that of the Court of Civil Appeals in this, are affirmed.